1

2

3

4                                                          **CHAPTER 13**
                                                  **HON. PHILIP H. BRANDT**
5

6

7
                     **IN THE UNITED STATES BANKRUPTCY COURT**
8                     **IN AND FOR THE STATE OF WASHINGTON**
                                  **TACOMA DIVISION**
9
**In re:**                              )
10                                       )    **No. 08-44840**
**AVERY WAKTKINS,**                      )
11                                       )    **EX PARTE MOTION TO**
                                         )    **EMPLOY PROFESSIONAL**
12                                       )    **& DECLARATION**
              **Debtor.**                )
13   _____)

14        The debtor, AVERY WATKINS, by and through her attorney of

15   record, SCOTT LESLIE TAYLOR, respectfully moves the Court for an

16   Order Authorizing the Employment of an Attorney for purposes of

17   legal representation in order to bring suit against Universal

18   Fidelity, LP for violations of the Fair Debt Collection Practices

19   Act.  Attorney fees will be paid through the proceeds of the above

20   mentioned claim after application for compensation has been

21   approved by this Court.  This motion is based upon the files and

22   records herein, and upon the subjoined declaration of attorney;

23   Richard Meier.

24
     Presented by on 6/5/09
25
     ___/s/S.Taylor_____
26   Scott Leslie Taylor WSBA #23650
     Attorney for Debtors
27

28

**DECLARATION OF PROPOSED PROFESSIONAL**

I, RICHARD MEIER, declare and state as follows:

1    I am over the age of eighteen (18) and have personal knowledge of the matters stated herein.

2    I am an Attorney. The Debtor Avery Watkins employed Legal Helpers, PC to bring suit against Universal Fidelity, LP for a violation of the Fair Debt Collection Practices Act. Ms. Watkins first employed me prior to filing her bankruptcy. This suit was filed in the United States District Court, Western District of Washington on September 18, 2008. The case number is 08-CV5559.

3    I represent no adverse interest to the Debtors in this matter upon which I am being engaged.

4    My normal rate is forty percent of all proceeds from the suit or the actual attorney fees, whichever is greater contingent upon judgment or settlement.

5    I certify that pursuant to Local Bankruptcy Rule 2014-1, I have read Local Bankruptcy Rule 2016-1.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

**SIGNED AND DATED** this __27th__ day of May, 2009, at Chicago, IL.


__/s/ R.Meier__

Richard Meier; admitted pro hac vise
Attorney for Debtor.